IN RE: Albert STAICO, Jr.

Petition of: Dorothy Staico

No. 431 EAL 2016

Supreme Court of Pennsylvania.

February 14, 2017

### ORDER

PER CURIAM

**AND NOW,** this 14th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Respondent

v.

Jebeh KAWAH, Petitioner

No. 410 EAL 2016

Supreme Court of Pennsylvania.

February 14, 2017

### ORDER

PER CURIAM

**AND NOW,** this 14th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania, Respondent

v.

Robbie O. THOMAS, Petitioner

No. 415 EAL 2016

Supreme Court of Pennsylvania.

February 14, 2017

### ORDER

PER CURIAM

**AND NOW,** this 14th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**